**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 21-7634**

_____

DERWIN PETERSON,

       Plaintiff - Appellant,

    v.

COLONEL MELETIS, Superintendent; SERGEANT OUTLAND, Shift Sgt.; OFFICER BAKER, Post Officer,

       Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Rossie David Alston, Jr., District Judge.  (1:20-cv-00753-RDA-MSN)

_____

Submitted:  January 20, 2022                  Decided:  January 25, 2022

_____

Before WILKINSON, DIAZ, and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Derwin Peterson, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

Derwin Peterson appeals the district court's order dismissing his 42 U.S.C. § 1983 action without prejudice for failure to comply with the court's order directing him to file a third amended complaint. *See* Fed. R. Civ. P. 41(b). We review a district court's dismissal under Rule 41(b) for abuse of discretion. *Attkisson v. Holder*, 925 F.3d 606, 625 (4th Cir. 2019). We have reviewed the record and discern no abuse of discretion. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*